UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

ADAM M. WAYMASTER,

        Plaintiff,                              Case Number 24-13455

v.                                               Honorable David M. Lawson

TS SOLUTIONS GROUP LLC,

        Defendant.

_____/

## ORDER OF DISMISSAL

On February 6, 2025, the plaintiff filed a notice of voluntary dismissal of all of his claims in this matter. The defendants have not filed any answer or motion for summary judgment. *See* Fed. R. Civ. P. 41(a)(1)(A)(i). The case therefore will be dismissed.

Accordingly, it is **ORDERED** that the case is **DISMISSED**.

                                                                       s/David M. Lawson
                                                                       DAVID M. LAWSON
                                                                       United States District Judge

Dated:  February 7, 2025